NUMBERS 13-03-592-CR and 13-03-593-CR




COURT OF APPEALS




THIRTEENTH DISTRICT OF TEXAS




CORPUS CHRISTI - EDINBURG


____________________________________________________________________



LONNIE WALLACE , Appellant,



v.




THE STATE OF TEXAS, Appellee.

_____________________________________________________________________



On appeal from the 24th District Court 


of Jackson County, Texas.


___________________________________________________________________



MEMORANDUM OPINION




Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam




 Appellant, LONNIE WALLACE , attempted to perfect appeals from judgments entered by the 24th District Court of
Jackson County, Texas. Sentences in these causes were imposed on May 29, 2003 . Untimely motions for new trial were
filed on October 3, 2003. The notices of appeal were due to be filed on June 30, 2003 , but were not filed until September
18, 2003 . Said notices of appeal are untimely filed. Appellant filed untimely motions to extend time to file motion for
new trial and notice of appeal on October 3, 2003 .

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notices of appeal and motions
requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely perfect his appeals, and appellant's
untimely motions, is of the opinion that the appeals should be dismissed for want of jurisdiction. Appellant's untimely
motions to extend time to file motion for new trial and notice of appeal are dismissed. The appeals are hereby DISMISSED
FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 23rd day of October, 2003 .